Erin Rose Ronstadt, SBN 028362
Clayton Richards, SBN 029054
RONSTADT LAW, PLLC
PO Box 34145
Phoenix, AZ 85067
(602) 615-0050
(602) 761-4443 Fax
erin@ronstadtlaw.com
clayton@ronstadtlaw.com
*Attorneys for Plaintiff*

Kristina N. Holmstrom, SBN 023384
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Esplanade Center III, Suite 800
2415 East Camelback Road, Phoenix, AZ 85016
Phone:602-778-3724
kristina.holmstrom@ogletree.com
*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Donna Kay Newell,<br><br>                    Plaintiff,<br><br>v.<br><br>Hartford Life and Accident Insurance Company,<br><br>                    Defendant. | No. CV-20-01408-PHX-MTL<br><br>**STIPULATION FOR DISMISSAL** |

      Plaintiff, Donna Kay Newell, and Defendant, Hartford Life and Accident Insurance Company, hereby stipulate and agree to dismiss all of the Plaintiff's claims against the Defendant with prejudice. The parties agree that they will each bear their own attorneys' fees and costs.

      DATED February 1, 2021.

| | |
|---|---|
| **RONSTADT LAW, PLLC** | **OGLETREE, DEAKINS, NASH,<br>SMOAK & STEWART, P.C.** |
| By: *s/ Erin Rose Ronstadt*<br>    Erin Rose Ronstadt<br>    Clayton W. Richards<br>    *Attorneys for Plaintiff* | By: *s/ Kristina N. Holmstrom*<br>    Kristina N. Holmstrom<br>    *Attorney for Defendant* |

**CERTIFICATE OF SERVICE**

I certify that on February 1, 2021, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants and mailed a copy this same date to the non-registrants:

Kristina N. Holmstrom
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ 85016
Phone:602-778-3724
kristina.holmstrom@ogletree.com
*Attorneys for Defendant*

*s/ Merry Martin*