# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Donna Newell,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Hartford Life and Accident Insurance Company,<br><br>　　　　　Defendant. | No. CV-20-01408-PHX-MTL<br><br>**ORDER** |

　　　　Pursuant to the parties' Stipulation for Dismissal (Doc. 14), and good cause appearing,

　　　　**IT IS ORDERED granting** the Stipulation (Doc. 14) and dismissing this action, with prejudice, in its entirety, and with each party to bear its own costs and attorneys' fees.

　　　　**IT IS FURTHER ORDERED** that the Clerk of the Court shall close this case.

　　　　Dated this 2nd day of February, 2021.

_Michael T. Liburdi_
Michael T. Liburdi
United States District Judge